IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, <br><br> Plaintiffs, <br><br> v. <br><br> INSPIRATIONAL WALL HANGING PAINTING, et al., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01401 <br><br> (Judge Stickman) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) MW Wall Art, Art DecorCM, fugar OO, Naaccgn, Dream Companion Home Textiles, Pearl Crush, Yinghaojiaju, housemates, OUSHUNJIAFANG, BTFEHOM, Hong yun Home Textilee, Elephant family home, Xiuxiu home life, Fu Gui Home, Furnishings, Good Life Carpet, Angels Celebrating Daily Nec, Speed Home Textile, Philoria, HJJ SHOP, Hulluter, Here and See, Expert of SC, Wealthy home textiles, Skye Beauty, Lanlan Home Daily Use, Wawa Mailbox Cover, STZPRONAIL Press on nail, HMDT, Taurenmann Home, Artslab, Hongxiang Home Textile, LAIGE Home Textiles, AORAEM, Wing Art Prints, FggKK, Li Bai Carpet, Yan Wei Carpet, A Fashion discounts, Flarechicly, RED STAR HOME TEXTILES with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

- 2 -

                                      Respectfully submitted,

Dated: November 6, 2025            /s/ Stanley D. Ference III
                                      Stanley D. Ference III
                                      Pa. ID No. 59899
                                      courts@ferencelaw.com

                                      FERENCE & ASSOCIATES LLC
                                      409 Broad Street
                                      Pittsburgh, Pennsylvania 15143
                                      (412) 741-8400 – Telephone
                                      (412) 741-9292 – Facsimile

                                      Attorney for Plaintiff